# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENT TO THE      :   NO. 643
                                      :

JUVENILE COURT PROCEDURAL     :   SUPREME COURT RULES
                                      :

RULES COMMITTEE                    :   DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 1st day of August, 2014, The Honorable Jennifer R. Sletvold, Northampton County, is hereby appointed as a member of the Juvenile Court Procedural Rules Committee for a term expiring February 1, 2017.